PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 5:12-CR-475-AKK-TMP |
| DOCKET NUMBER (Rec. Court) | 3:13-00023-01 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| THERESA MARIA BRYANT | ND/AL | NORTH EASTERN |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Abdul K. Kallon |

| DATES OF PROBATION | FROM 03/28/2013 | TO 03/27/2018 |
|---|---|---|

OFFENSE
42 U.S.C. § 408(a)(4): Social Security Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN DISTRICT OF ALABAMA___

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___MIDDLE DISTRICT OF TENNESSEE___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| | |
|---|---|
| Oct 30, 2013 | _Abdul Kallon_ |
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE DISTRICT OF TENNESSEE___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| 11-8-13 | |
| Effective date | United States District Judge |